**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LNV CORPORATION**                                                                               **PLAINTIFF**

**v.**                                            **3:11-cv-00062-BRW**

**PAUL BECTON a/k/a PAUL BECTON, JR,**                              **DEFENDANTS**
**individually and as Trustee of the**
**BECTON FAMILY REVOCABLE TRUST**

<u>**ORDER**</u>

Pending is Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. No. 14).  The

Motion is GRANTED.

The deadline to complete discovery is now 5:00 p.m., Wednesday, February 8, 2012.  The

deadline for filing dispositive motions is 5:00 p.m., Thursday, February 16, 2012.  All other

deadlines remain in effect.

IT IS SO ORDERED this 19th day of January, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE