**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LNV CORPORATION**                                                                      **PLAINTIFF**

**v.**                                    **3:11-cv-00062-BRW**

**PAUL BECTON a/k/a PAUL BECTON, JR,**                                  **DEFENDANTS**
**individually and as Trustee of the**
**BECTON FAMILY REVOCABLE TRUST**

**ORDER**

Pending is Plaintiff's Motion to Strike Affirmative Defenses (Doc. No. 10) and Motion to Compel

Discovery (Doc. No. 12).   At this time, the Motions are DENIED.

Based on Defendants' Responses, they have pled all known affirmative defenses and have identified

the individuals and documents they intend to rely on in support of these defenses.[1]

However, if the Defendants intend to raise any other affirmative defenses, they must notify the Court

before doing so.

IT IS SO ORDERED this 26th day of January, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 16, 17.