IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LNV CORPORATION                                                                                      PLAINTIFF

v.                                              3:11-CV-00062-BRW

PAUL BECTON a/k/a PAUL BECTON , JR.                                              DEFENDANTS
individually and as Trustee of the BECTON
FAMILY TRUST

## ORDER

Pending is the parties' Joint Motion to Dismiss With Prejudice (Doc. No. 36). The Motion is GRANTED. This case is DISMISSED with prejudice. Each party will bear its own costs.

IT IS SO ORDERED this 24th day of July, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE